IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01942-RBJ

OFFICE AND PROFESSIONAL      )
EMPLOYEES INTERNATIONAL      )
UNION                        )
                             )
    and                      )
                             )
OFFICE AND PROFESSIONAL      )
EMPLOYEES INTERNATIONAL      )
UNION, LOCAL NO. 109         )
                             )
    Plaintiffs,              )
                             )
v.                           )
                             )
AIR METHODS CORPORATION,     )
                             )
    Defendant.               )

_____

### STIPULATED ORDER OF DISMISSAL
_____

Having considered Plaintiffs Office and Professional Employees International Union ("OPEIU") and Office and Professional Employees International Union, Local No. 109's ("Local 109") Unopposed Motion For Issuance of Stipulated Dismissal [ECF No. 8],

IT IS HEREBY ORDERED THAT:

(i)    Air Methods Corporation will make the payments required by Arbitrator Mark Berger's July 27, 2015 Remedy Award (ECF Doc. No. 1-1) as set forth in the "Continuing Damages" section of the Remedy Award subject to Mr. Jeff Stackpole's submission of the quarterly itemization required by the Remedy

Award. The Remedy Award is hereby incorporated in toto as if fully rewritten; and

(ii) Plaintiffs' Application To Confirm And Enforce Arbitration Award Against Air Methods Corporation, Civil Action No. 1:15-cv-01942 (ECF Doc. No. 1), is dismissed.

Signed this 9th day of October, 2015.

_____
R. Brooke Jackson
United States District Judge

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| SCHWARZWALD McNAIR & FUSCO LLP | SHERMAN & HOWARD L.L.C. |
| | s/ Matthew M. Morrison |
| s/ Timothy Gallagher | Raymond M. Deeny |
| Timothy Gallagher | Matthew M. Morrison |
| 616 Penton Media Building | 633 Seventeenth Street, Suite 3000 |
| 1300 East Ninth Street | Denver, Colorado 80202 |
| Cleveland, Ohio 44114 | Phone: 303.297.2900 |
| (216) 566-1600 (ext. 141) (telephone) | Fax: 303.298.0940 |
| (216) 566-1814 (fax) | rdeeny@shermanhoward.com (e-mail) |
| tgallagher@smcnlaw.com (e-mail) | mmorrison@shermanhoward.com (e-mail) |
| | |
| Attorneys for Plaintiffs Office and Professional Employees International Union, and Office and Professional Employees International Union, Local No. 109 | Attorneys for Defendant Air Methods Corporation |